```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

                                                    04-CR-32S

    -v-

MICHAEL JONES,

        Defendant.

## ORDER

Upon consideration of the motion of the United States of America requesting the transfer of valuable property in the amount of $2,000.00 by the Federal Bureau of Investigation (FBI) to the United States Attorney's Office for the Western District of New York, in partial satisfaction of the restitution imposed by the Criminal Judgment in the above-captioned action, and further upon the complete record of this matter to date, and further there having been no response to the Government's motion by Defendant despite being provided an opportunity to file a response,

**IT IS HEREBY ORDERED** that the FBI convey and remit to the United States Attorney's Office for the Western District of New York, payable to United States District Court:

        $2,000.00 in United States Currency, acquired
        from the defendant, MICHAEL JONES, on December
        13, 2002.

The above property was seized from the person of defendant, MICHAEL JONES, by the FBI on December 13, 2002, and is now in the possession of the FBI.

**FURTHER**, that the Government's Motion to Transfer Property (Docket No. 81) is GRANTED.

**SO ORDERED**:


DATED:   Buffalo, New York, October 5, 2005



/s/William M. Skretny  
Hon. WILLIAM M. SKRETNY  
UNITED STATES DISTRICT JUDGE